| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
|   | Senior Litigation Counsel, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
|   |         Social Security Administration |
| 8 |         160 Spear Street, Suite 800 |
| 9 |         San Francisco, CA 94105 |
| 10 |        Telephone: (510) 970-4861 |
|    |        Facsimile: (415) 744-0134 |
| 11 |        Email: Jennifer.Tarn@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| IVAN MIRAMONTES, | ) | Case No. 5:22-cv-01758-AGR |
|       Plaintiff, | ) | |
|   | ) | [PROPOSED] JUDGMENT |
|       v. | ) | |
|   | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
|       Defendant. | ) | |

-1-

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: January 20, 2023

*Alicia G. Rosenberg*
HONORABLE JUDGE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE