1  LAW OFFICES OF BILL LATOU
2  ALEX PANUTICH  [CSBN: 280413]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10                                    )    No. EDCV-22-01758-AGR
11 IVAN MIRAMONTES,                   )
                                      )    ORDER AWARDING EAJA FEES
12                                    )
       Plaintiff,                     )
13                                    )
                                      )
14     v.                             )
                                      )
15 KILOLO KIJAKAZI, Acting            )
16 Commissioner of Social Security,   )
                                      )
17                                    )
       Defendant.
18 _____

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20     IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE

21 THOUSAND FIVE HUNDRED DOLLARS AND NO/100  ($1,500.00), and costs in

22 the amount of ZERO ($0.00), subject to the terms of the stipulation.

23

24 DATE:  February 9, 2023     _____

25                             HON. ALICIA G. ROSENBERG,
26                             UNITED STATES MAGISTRATE JUDGE

27

28

-1-